UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
DEC - 4 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DEBORAH FLETCHER, )
)
Plaintiff, )
)
v. ) Civil Action No. 17-2152 (UNA)
)
LASHOWN THOMAS, )
)
Defendant. )

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted but the complaint will be dismissed.

The instant complaint is substantially similar to that filed in a recent lawsuit, *see Fletcher v. Thomas*, No. 17-2154 (D.D.C. filed Oct. 13, 2017); *Fletcher v. Green*, No. 17-2153 (D.D.C. filed Oct. 13, 2017), and it will be dismissed as duplicative.

An Order is issued separately.

DATE: November 17th, 2017

United States District Judge